# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STEWART, JANICE M. | DISTRICT COURT - OREGON | 09/04/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US MAGISTRATE JUDGE (FULL-TIME) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1107 US COURTHOUSE
1000 SW THIRD AVE
PORTLAND, OR 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. DIRECTOR | NORTHWEST NEIGHBORHOOD CULTURAL CENTER |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2011 | RETIREMENT - PAYMENTS DUE FROM WORK PERFORMED PRIOR TO 12/3/10 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US BANK | GUARANTY FOR MORTGAGE HELD BY _____ (Part VII, line 168) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1: | | | | | | | | | |
| 2. AGILENT TECHNOLOGIES | | None | J | T | | | | | Transfer from Acct #3 |
| 3. BP AMOCO PLC ADS | A | Dividend | K | T | | | | | |
| 4. BRISTOL MYERS SQUIBB | B | Dividend | K | T | | | | | |
| 5. CISCO SYS INC. | A | Dividend | K | T | | | | | |
| 6. OLD FAIRPOINT EQUITY INTERESTS | A | None | | | Distributed | 12/28/11 | J | A | |
| 7. FIRST TRUST LARGE CAP GROWTH | A | Dividend | J | T | Buy | 6/9/11 | J | | |
| 8. FIRST TRUST LARGE CAP VALUE | A | Dividend | K | T | Buy | 6/9/11 | K | | |
| 9. FRONTIER COMMUNICATIONS CORP | A | Dividend | J | T | | | | | |
| 10. GENERAL ELECTRIC CO. | A | Dividend | J | T | | | | | Transfer from Acct #3 |
| 11. GOLDMAN SACHS | B | Dividend | L | T | Buy | 10/26/11 | M | | |
| 12. HEWLETT PACKARD | A | Dividend | K | T | | | | | Transfer from Acct #3 |
| 13. INTEL CORP. | D | Dividend | M | T | | | | | Transfer from Acct #3 |
| 14. IBM | A | Dividend | K | T | | | | | |
| 15. ISHARES MSCI EAFE FUND | A | Dividend | J | T | Buy | 6/9/11 | J | | |
| 16. ISHARES RUSSELL 2000 GROWTH FUND | A | Dividend | J | T | Buy | 6/8/11 | J | | |
| 17. ISHARES RUSSELL 2000 INDEX FUND | A | Dividend | J | T | Buy | 2/28/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES RUSSELL 2000 VALUE FUND | A | Dividend | J | T | Buy | 6/9/11 | J | | |
| 19. ISHARES RUSSELL MIDCAP GROWTH FUND | A | Dividend | J | T | Buy | 6/9/11 | J | | |
| 20. ISHARES RUSSELL MIDCAP INDEX FUND | A | Dividend | J | T | Buy | 2/28/11 | K | | |
| 21. ISHARES RUSSELL MIDCAP VALUE FUND | A | Dividend | J | T | Buy | 6/9/11 | J | | |
| 22. ISHARES S&P 500 GROWTH INDEX FUND | A | Dividend | J | T | Buy | 6/9/11 | J | | |
| 23. JP MORGAN CHASE & CO | A | Dividend | | | Sold | 10/26/11 | K | A | |
| 24. MEDCO HEALTH SOLUTIONS, INC. | | None | J | T | | | | | |
| 25. MERCK & CO | C | Dividend | L | T | | | | | |
| 26. MICROSOFT | D | Dividend | M | T | | | | | |
| 27. MORGAN STANLEY | A | Dividend | | | Sold | 10/26/11 | K | D | |
| 28. MOTOROLA MOBILITY HOLDINGS (fka MOTOROLA INC. MOTOROLA INC.) | | None | J | T | | | | | Transfer from Acct #3 |
| 29. MOTOROLA SOLUTIONS (fka MOTOROLA INC.) | A | Dividend | J | T | | | | | Transfer from Acct #3 |
| 30. POWERSHARES FTSE | A | Dividend | K | T | Buy | 6/8/11 | K | | |
| 31. SAFEWAY INC COM NEW | B | Dividend | K | T | | | | | |
| 32. SPDR TRUST | B | Dividend | L | T | Buy | 2/28/11 | L | | |
| 33. US TREASURY BOND | C | Interest | L | T | | | | | |
| 34. VERIGY | | None | | T | Sold | 7/8/11 | J | A | Transfer from Acct #3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 36. WISDOMTREE DIEFA FUND | A | Dividend | J | T | Buy | 2/8/11 | J | | |
| 37. WISDOMTREE INT'L HEDGED EQUITY FUND | A | Dividend | J | T | Buy | 6/9/11 | J | | |
| 38. WISDOMTREE EMERGING MARKETS SMALLCAP DIVIDEND FUND | A | Dividend | J | T | Buy | 6/9/11 | J | | |
| 39. WISDOMTREE EMERGING MARKETS EQUITY INCOME FUND | A | Dividend | J | T | Buy | 2/28/11 | J | | |
| 40. OR HIGHER ED BOND | | None | K | T | | | | | |
| 41. MS ACTIVE ASSETS TAX FR TRUST (fka MS TAX FREE INCOME) | A | Dividend | M | T | | | | | |
| 42. TEMPLETON WORLD FUND A | | None | | | Sold | 6/8/11 | L | A | |
| 43. TEMPLETON GROWTH FUND A | B | Dividend | L | T | | | | | |
| 44. MS FOCUS GROWTH FUNDS | | None | N | T | | | | | |
| 45. INVESCO DIVIDEND GROWTH SECURITIES B | A | Dividend | | | Sold | 6/8/11 | J | A | |
| 46. MS Global Infrastructure | A | Dividend | | | Sold | 6/8/11 | K | A | |
| 47. NEW ALTERNATIVES FUND, INC. | A | Dividend | J | T | | | | | |
| 48. FIDELITY MAGELLAN | A | Dividend | M | T | | | | | |
| 49. FIDELITY DISCIPLINED EQUITY | C | Dividend | N | T | | | | | |
| 50. T ROWE PRICE NEW AMERICA | B | Dividend | L | T | | | | | |
| 51. IRA ACCOUNT # 2: | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ISHARES S&P 500 INDEX | | | | | Buy (add'l) | 12/15/11 | K | | |
| 53. -VANGUARD TAX MANAGED FD EUROPE PACIFIC | | | | | Sold (part) | 12/15/11 | K | A | |
| 54. -VANGUARD EMERGING MARKETS VIPERS | | | | | | | | | |
| 55. -VANGUARD INDEX MID CAP | | | | | | | | | |
| 56. -VANGUARD INDEX SMALL CAP | | | | | | | | | |
| 57. -FIDELITY NEW MARKETS INCOME | | | | | | | | | |
| 58. -FIDELITY STRATEGIC INCOME | | | | | | | | | |
| 59. -FDIC INSURED DEPOSIT at Fifth Third Bank | | | | | | | | | |
| 60. ▭ IRA # 1 (see attached for details): | D | Dividend | N | T | | | | | |
| 61. ▭ IRA # 2 (see attached for details): | D | Dividend | O | T | | | | | |
| 62. ▭ IRA # 3: | C | Dividend | O | T | | | | | |
| 63. -SPDR TRUST SERIES 1 | | | | | | | | | |
| 64. ▭ IRA # 4: | A | Dividend | L | T | | | | | |
| 65. -▭ 401K | | | | | | | | | |
| 66. ▭ TRUST # 1: | D | Int./Div. | N | T | | | | | |
| 67. -MTB TREASURY | | | | | | | | | |
| 68. -US TREASURY BONDS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -AT&T INC. | | | | | | | | | |
| 70. -ALCATEL-LUCENT. | | | | | | | | | |
| 71. -COMCAST CORP. | | | | | | | | | |
| 72. -CONSTELLATION ENERGY GROUP | | | | | | | | | |
| 73. -EXXON MOBIL CORP. | | | | | | | | | |
| 74. -FAIRPOINT COMMUNICATIONS, INC. | | | | | | | | | |
| 75. -FRONTIER COMMUNICATIONS, INC. | | | | | | | | | |
| 76. -IMATION CORP. | | | | | | | | | |
| 77. -3M COMPANY | | | | | | | | | |
| 78. -PITNEY BOWES | | | | | | | | | |
| 79. -PFIZER | | | | | | | | | |
| 80. -VERIZON COMMUNICATIONS | | | | | | | | | |
| 81.          TRUST # 2: | F | Int./Div. | P1 | T | | | | | |
| 82. -M&T BANK MTB TREASURY | | | | | | | | | |
| 83. -US TREASURY BONDS AND NOTES | | | | | | | | | |
| 84. -ALCOA, INC. | | | | | | | | | |
| 85. -BP AMOCO PLC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -DOW CHEMICAL CO. | | | | | | | | | |
| 87. -DUPONT E I DE NEMOURS & CO. | | | | | | | | | |
| 88. -FAIRPOINT COMMUNICATIONS, INC. | | | | | | | | | |
| 89. -FORD MOTOR | | | | | | | | | |
| 90. -FORD MOTOR CR CO DEB | | | | | Redeemed | 2/1/11 | J | | |
| 91. -FRONTIER COMMUNICATIONS, INC., | | | | | | | | | |
| 92. -GENERAL ELECTRIC CO. | | | | | | | | | |
| 93. -ALLY FINANCIAL (fka GMAC) | | | | | Redeemed | 9/15/11 | K | | |
| 94. -IBM | | | | | | | | | |
| 95. -JP MORGAN CHASE & CO. | | | | | | | | | |
| 96. -MBIA, INC. | | | | | | | | | |
| 97. -MERCK & CO, INC. | | | | | | | | | |
| 98. -MONTPELIER RE HOLDINGS | | | | | | | | | |
| 99. -3M COMPANY | | | | | | | | | |
| 100. -PFIZER | | | | | | | | | |
| 101. -PROCTOR & GAMBLE CO. | | | | | | | | | |
| 102. -SEARS ROEBUCK ACCEP CORP NOTE | | | | | Redeemed | 2/1/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -VAN KAMPEN UNIT TRUST | | | | | Buy | 8/11/11 | K | | |
| 104. -VERIZON COMMUNICATIONS | | | | | | | | | |
| 105. -WELLS FARGO & CO NEWn(Y) | | | | | | | | | |
| 106. -HILLCORP (fka AMOCO) ROYALTY INTEREST | | Royalty | | W | | | | | |
| 107.           TRUST # 3: | F | Int./Div. | P1 | T | | | | | |
| 108. -US TREASURY BILLS | | | | | | | | | |
| 109. -MTB TREASURY | | | | | | | | | |
| 110. -US TREASURY BONDS | | | | | | | | | |
| 111. -AT&T INC | | | | | | | | | |
| 112. -ALCOA INC. | | | | | | | | | |
| 113. -SECTOR SPDR UTILITIES (fka AMAX UTILITIES) SELECT SECTOR | | | | | | | | | |
| 114. -CITIGROUP, INC. | | | | | | | | | |
| 115. -COCA COLA CO. | | | | | | | | | |
| 116. -COLGATE-PALMOLIVE CO. | | | | | | | | | |
| 117. -DOW CHEMICAL CO. | | | | | | | | | |
| 118. -EXXON MOBILE CORP. | | | | | | | | | |
| 119. -GENERAL ELECTRIC CO. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -HANES BRANDS INC. | | | | | | | | | |
| 121.  -IBM | | | | | | | | | |
| 122.  -INTEL CORP. | | | | | | | | | |
| 123.  -ISHARES TR BARCLYS | | | | | | | | | |
| 124.  -ISHARES TR DJ SEL DIV INX | | | | | | | | | |
| 125.  -ISHARES iBOXX$ (fka ISHARES INC. MSCI PAC J IDX) | | | | | | | | | |
| 126.  -JP MORGAN CHASE & CO | | | | | | | | | |
| 127.  -MEDCO HEALTH SOLUTIONS, INC. | | | | | | | | | |
| 128.  -MERCK & CO., INC. | | | | | | | | | |
| 129.  -MICROSOFT CORP. | | | | | | | | | |
| 130.  -PFIZER INC. | | | | | | | | | |
| 131.  -PLUM CREEK TIMBER CO. | | | | | | | | | |
| 132.  -PROCTOR & GAMBLE CO. | | | | | | | | | |
| 133.  -SARA LEE CORP. | | | | | | | | | |
| 134.  -TECK RESOURCES LTD | | | | | | | | | |
| 135.  -TRAVELERS COS. INC. | | | | | | | | | |
| 136.  -UNION PAC CORP. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -VAN KAMPEN UNIT TRUST | | | | | Buy | 8/29/11 | J | | |
| 138.        TRUST #4 (X) | D | Int./Div. | O | T | | | | | |
| 139. -ML BANK DEPOSITI PROGRAM | | | | | | | | | |
| 140. -US TREASURY NOTES | | Interest | | | | | | | |
| 141. -US TREASURY BONDS | | Interest | | | | | | | |
| 142. -VAN KAMPEN UNIT TRUST | | | | | | | | | |
| 143. KEY BANK OF OREGON | A | Interest | J | T | | | | | |
| 144.        TRUST # 1: | D | Dividend | O | T | | | | | |
| 145. -TEMPLETON GROWTH FUND A | | | | | | | | | |
| 146. -MS FOCUS GROWTH FUND B | | | | | Sold | 1/5/11 | M | A | |
| 147. -MORGAN STANLEY BANK | | | | | | | | | |
| 148. -AON CORP | | | | | Sold | 1/5/11 | J | A | |
| 149. -AVERY DENISON CORP | | | | | Sold | 1/5/11 | K | A | |
| 150. -BANK OF NY MELLON CORP. | | | | | Sold | 1/5/11 | K | A | |
| 151. -BRISTOL MYERS SQUIBB CO. | | | | | Sold | 1/5/11 | J | A | |
| 152. -CHEVRON CORP. | | | | | Sold | 1/5/11 | J | A | |
| 153. -CISCO SYS. INC. | | | | | Sold | 1/5/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -CONOCOPHILLIPS | | | | | Sold | 1/5/11 | J | A | |
| 155. -DOW CHEMICAL CO. | | | | | Sold | 1/5/11 | J | A | |
| 156. -EMERSON ELECTRIC CO. | | | | | Sold | 1/5/11 | K | A | |
| 157. -EXXON MOBILE CORP. | | | | | Sold | 1/5/11 | J | A | |
| 158. -HONEYWELL INT'L INC. | | | | | Sold | 1/5/11 | K | A | |
| 159. -JP MORGAN CHASE & CO. | | | | | | | | | |
| 160. -KELLOGG CO. | | | | | | | | | |
| 161. -KIMBERLY CLARK CORP. | | | | | | | | | |
| 162. -LINCOLN NATIONAL CORP. IND. | | | | | Sold | 1/5/11 | J | A | |
| 163. -MERCK CO. INC. | | | | | Sold | 1/5/11 | J | A | |
| 164. -PPG INDUSTRIES, INC. | | | | | Sold | 1/5/11 | K | A | |
| 165. -TEXTRON, INC. | | | | | Sold | 1/5/11 | J | A | |
| 166. -SPDR TRUST | | | | | Buy | 1/21/11 | M | | |
| 167. -TRAVELERS COS. INC. | | | | | | | | | |
| 168. -VANGUARD 500 INDEX | | | | | | | | | |
| 169. -XL GROUP PLC (fka XL CAPITAL LTC.) | | | | | Sold | 1/5/11 | J | A | |
| 170. _____ TRUST # 2: | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -ALASKA AIR GROUP | | | | | | | | | |
| 172.  -NIKE INC. | | | | | | | | | |
| 173.  -SCHWAB MONEY MARKET FUND | | | | | | | | | |
| 174. | | None | N | Q | | | | | |
| 175. | | None | K | Q | | | | | |
| 176. RENTAL PROPERTY # 1, PORTLAND, OR (2006, $380,000) | D | Rent | N | R | | | | | |
| 177. RENTAL PROPERTY #2, PORTLAND, OR (2008, 42.8% int, $132,680) | | None | M | R | | | | | |
| 178. | B | Rent | O | R | | | | | |
| 179. PERSONAL LOAN - NOTE RECEIVABLE | D | Interest | N | T | Buy | 6/2/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 1: Brokerage Account #3 on 2010 report (lines 28-37) was transferred to Brokerage Account #1 on 2/2/2011. Therefore, all assets in Brokerage Account #3 are NOW included in Brokerage Account #1 with Hewlett Packard Co. and Intel Corp. from both accounts reported together in Brokerage Account # 1. Citibank Bank Deposit Program (line 30 on 2010 report) is now part of MS Active Assets Tax Fr Trust.

VII. Line 6: Old Fairpoint Equity Interests is reported by our broker as "Exchange Delivered Out (no equity)"

VII. Lines 21 & 22: Motorola Inc.was split into Motorola Mobility Holdings and Motorola Solutions on 1/4//11.

VII. Line 60:          IRA# 1: See attached summary of transactions.
VII. Line 61:          RA #2: See attached summary of transactions.

VII. Line 66:          Trust #1:          is 1/3 income beneficiary. Trustees
VII. Line 81:          Trust #2: S          is sole income beneficiary and became trustee in 1997. Assets include a 1/72 interest in a mineral lease, Point Coupee Parish, LA. The lessee is BP Amoco (fka Chevron). The valuation is an estimate obtained from a valuation on a deceased beneficiary's interest for estate purposes in 1998.

VII. Line 105: The 2010 report inadvertently omitted Wells Fargo & Co New.

VII. Line 106: Amoco Royalty interest (now known as Hillcorp, the present owner) through Louisiana Trust distribution.

VII. Line 107:          Trust #3:          is 1/3 income beneficiary.
VII. Line 138:          Trust #4: Created 5/5/11 from gift of assets          is 1/3 income beneficiary.

VII. Lines 144 & 170:          Trusts:

VII. Lines 174 & 175:          consists of real property (          previously held in trust. Reporting person holds 1/3 (passive) partnership interest. The value of that interest is estimated based on timber and property appraisals dated 11/9/94 and 1/23/95, as well as updated appraisals in 11/97, 12/98, 12/00, 12/02, and 12/04.

VII. Line 178:          owns rental property located in          , Multnomah County, Oregon; purchased 2/3 interest 8/7/2009 for $696,600.
VII. Line 179: Unsecured loan

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JANICE M. STEWART**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Security Description | | Income During Reporting Period | | Gross Value at end of Reporting | | Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Name | (1.) Amt Code 1 (A-H) | (2.) Type (e.g., div., rent, or int.) | (1.) Value Code 2 (J-P) | (2.) Value Method Code 3 (Q-W) | (1.) Type (e.g., buy, sell, redemption) | (2.) Date (mm/dd/yyyy) | (3.) Value Code 2 (J-P) | (4.) Gain Code 1 (A-H) | (5.) Identity of buyer/seller (if private transaction) |
| MTGE | AMERICAN CAPITAL MORTGAGE | | NONE | NONE | T | BUY SELL | 8/4/2011 9/16/2011 | K K | A | |
| ACI | ARCH COAL | | NONE | NONE | T | BUY SELL | 6/2/2011 6/16/2011 | K K | A | |
| ARCC | ARES CAPITAL CORP | | NONE | NONE | T | SELL | 2/28/2011 | K | B | |
| BCEI | BONANZA CREEK ENERGY | | NONE | NONE | T | BUY SELL | 12/15/2011 12/19/2011 | K K | A | |
| BPL | BUCKEYE PARTNERS LP | | NONE | NONE | T | BUY SELL | 4/14/2011 4/20/2011 | L L | C | |
| CHKR | CHEASAPEAKE GRANITE WASH TRUST | | NONE | NONE | T | BUY SELL | 11/10/2011 12/06/2011 | K K | B | |
| EEP | ENBRIDGE ENERGY PTNRS | | NONE | K | T | BUY SELL | 12/02/2011 1/20/2012 | K K | B | |
| HPQ | HEWLETT PACKARD | A | DIVIDEND | NONE | T | SELL | 3/17/2011 | K | D | |
| IVR | INVESCO MORTGAGE CAPITAL | | NONE | NONE | T | BUY SELL | 6/20/2011 6/22/2011 | K K | B | |
| LINE | LINN ENERGY LLC UTS REP LTD LI | B | INTEREST | NONE | T | BUY SELL | 2/28/2011 11/10/2011 | K K | A | |
| MWE | MARKWEST ENGY PTNRS | | NONE | K | T | BUY SELL | 12/14/2011 2/28/2012 | K K | C | |
| MCD | McDONALDS CORP | A | DIVIDEND | NONE | T | BUY SELL | 1/03/2011 5/12/2011 | L L | B | |
| MFA | MFA FINANCIAL INC | C | DIVIDEND | NONE | T | BUY SELL | 3/08/2011 9/16/2011 | K K | A | |
| MCP | MOLYCORP INC DEL COM | | NONE | NONE | T | BUY SELL | 2/11/2011 3/29/2011 | K L | D | |
| NRP | NATURAL RESOURCE PARTNERS | A | INTEREST | NONE | T | BUY SELL | 3/16/2011 6/16/2011 | L K | A | |
| PPL | PPL CORPORATION | | NONE | NONE | T | BUY SELL | 4/11/2011 4/20/2011 | K K | B | |
| PER | SANDRIDGE PERMINAN TRUST | | NONE | NONE | T | BUY SELL | 8/10/2011 9/16/2011 | K K | B | |
| SAVE | SPIRIT AIRLINES | | NONE | NONE | T | BUY SELL | 5/25/2011 7/08/2011 | K K | C | |
| PHYS | SPROTT PHYSICAL GOLD | | NONE | NONE | T | BUY SELL | 7/15/2011 8/26/2011 | K K | C | |
| TNK | TEEKAY TANKERS LTD CLASS A | B | DIVIDEND | NONE | T | SELL | 5/26/2011 | K | A | |
| TGI | TRIUMPH GROUP INC. | | NONE | NONE | T | BUY SELL | 11/07/2011 11/15/2011 | K K | B | |
| WPZ | WILLIAMS PARTNERS | A | INTEREST | NONE | T | SELL | 2/28/2011 | L | C | |
| DIS | WALT DISNEY CO HLDG CO | A | DIVIDEND | NONE | T | SELL | 3/17/2011 | J | B | |

| Security Description | | Income During Reporting Period | | Gross Value at end of Reporting | | Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Name | (1.) Amt Code 1 (A-H) | (2.) Type (e.g., div., rent, or int.) | (1.) Value Code 2 (J-P) | (2.) Value Method Code 3 (Q-W) | (1.) Type (e.g., buy, sell, redemption) | (2.) Date (mm/dd/yyyy) | (3.) Value Code 2 (J-P) | (4.) Gain Code 1 (A-H) | (5.) Identity of buyer/seller (if private transaction) |
| FTC | FIRST TRUST LARGE CAP GROWTH A | A | Dividend | K | T | | | | | |
| FTA | FIRST TRUST LRG CAP VALUE AL | A | Dividend | K | T | | | | | |
| AGG | ISHARES BARCLAYS AGG. BD FD | | None | K | T | BUY<br>BUY (add1) | 12/07/2011<br>12/19/2011 | J<br>J | | |
| TIP | ISHARES BARCLAYS TIPS BD FD | A | Dividend | J | T | SELL | 1/6/2011 | J | A | |
| EFA | ISHARES MSCI EAFE FUND | A | Dividend | NONE | T | SELL | 8/25/2011 | J | A | |
| EEM | ISHARES MSCI EMERGING MKTS FD | A | Dividend | K | T | BUY | 12/15/2011 | K | | |
| IWO | ISHARES RUSSELL 2000 GROWTH FD | A | Dividend | J | T | SELL | 8/25/2011 | J | A | |
| IWN | ISHARES RUSSELL 2000 VALUE FD | A | Dividend | J | T | SELL | 8/25/2011 | J | A | |
| IWP | ISHARES RUSSELL MIDCAP G IN FD | A | Dividend | J | T | SELL | 8/25/2011 | J | A | |
| IWS | ISHARES RUSSELL MIDCAP V IN FD | A | Dividend | J | T | SELL | 8/25/2011 | J | A | |
| IVW | ISHARES S&P 500 GRWTH INDEX | A | Dividend | K | T | | | | | |
| DBA | POWERSHARES DB AAGRICULTURE FD | | NONE | NONE | T | BUY<br>SELL | 2/7/2011<br>6/9/2011 | J<br>J | A | |
| DBS | POWERSHARES DB SILVER FD | | NONE | NONE | T | BUY<br>SELL (part)<br>SELL | 1/6/2011<br>4/21/2011<br>6/9/2011 | J<br>J<br>J | B<br>B | |
| DBP | POWERSHARES DB PRECIOUS METALS | | NONE | NONE | T | BUY<br>SELL | 1/6/2011<br>2/7/2011 | J<br>J | A | |
| PRF | POWERSHARES FTSE RAFI US1000 | A | Dividend | K | T | | | | | |
| GLD | SPDR GOLD TR GOLD SHS | | NONE | J | T | BUY<br>BUY (add1) | 6/23/2011<br>9/23/2011 | J<br>J | | |
| VIG | VANGUARD DIVIDEND APPRECIATION | A | Dividend | K | T | BUY<br>BUY (add1)<br>BUY (add1)<br>BUY (add1)<br>BUY (add1)<br>BUY (add1)<br>BUY (add1) | 8/1/2011<br>8/4/2011<br>8/10/2011<br>8/25/2011<br>8/25/2011<br>8/25/2011<br>8/25/2011 | J<br>J<br>J<br>J<br>J<br>J<br>J | | |
| VYM | VANGUARD HIGH DIV YIELD ETF | A | Dividend | K | T | BUY<br>BUY (add1)<br>BUY (add1)<br>BUY (add1)<br>BUY (add1)<br>BUY (add1)<br>BUY (add1) | 8/1/2011<br>8/4/2011<br>8/10/2011<br>8/25/2011<br>8/25/2011<br>8/25/2011<br>8/25/2011 | J<br>J<br>J<br>J<br>J<br>J<br>J | | |
| VNQ | VANGUARD REIT ETF | A | Dividend | K | T | | | | | |
| DWM | WISDOM TREE DIEFA | A | Dividend | J | T | BUY (add1) | 8/25/2011 | J | | |
| HEDJ | WISDOMTREE INTL HEDGE EQ FD | A | Dividend | J | T | | | | | |
| DGS | WISDOMTREE TR EMG MKTS SMCAP | A | Dividend | NONE | T | SELL | 8/25/2011 | J | A | |
| DEM | WISDOMTREE TRUST EMRG MKT EQT | A | Dividend | NONE | T | BUY (add1)<br>BUY (add1)<br>SELL | 8/1/2011<br>8/10/2011<br>12/15/2011 | J<br>J<br>K | A | |
| ADANX | AQR DIVERSIFIED ARBITRAGE N | A | Dividend | J | T | | | | | |
| CMNIX | CALAMOS MARKET NEUTRAL INC I | A | Dividend | J | T | CLASS EXCHANGE | 8/24/2011 | J | | |
| CVSIX | CALAMOS MARKET NEUTRAL INC A | A | Dividend | NONE | T | CLASS EXCHANGE | 8/24/2011 | J | | |
| DPDFX | DELAWARE DIVERSIFIED INC A | A | Dividend | J | T | SELL | 8/10/2011 | J | A | |
| DIAMX | DIAMOND HILL LONG-SHORT A | | NONE | J | T | | | | | |
| DBLTX | DOUBLELINE TOTAL RETURN I | A | Dividend | K | T | BUY<br>BUY (add1) | 5/5/2011<br>12/19/2011 | J<br>K | | |
| SKNRX | DWS ENHANCED COMMODITY STRAT A | | NONE | NONE | T | BUY<br>SELL | 8/16/2011<br>11/17/2011 | J<br>J | A | |
| FLSRX | FORWARD LG/SH CRED ANALYS INV | A | Dividend | J | T | | | | | |
| HFLAX | HARTFORD FLOATING RATE BD A | A | Dividend | NONE | T | CLASS EXCHANGE | 11/15/2011 | | | |
| HFLIX | HARTFORD FLOATING RATE BD I | A | Dividend | NONE | T | CLASS EXCHANGE<br>SELL | 11/15/2011<br>12/02/2011 | J<br>J | A | |
| HEQAX | HIGHLAND LONG/SHORT EQUITY A | A | Dividend | J | T | | | | | |
| HDSAX | JP MORGAN HIBRG DYN COMM STR A | | NONE | NONE | T | BUY<br>SELL | 1/6/2011<br>8/16/2011 | J<br>J | A | |
| HSKAX | JP MORGAN HIBRG STAT MKT NEU A | | NONE | J | T | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| JMNAX | JP MORGAN RSRCH MKT NEUTRAL A | | NONE | J | T | | | | | |
| JSOAX | JP MORGAN STRAT INC OPPORT A | A | Dividend | NONE | T | SELL | 12/19/2011 | J | A | |
| MGAAX | MANAGERS AMG FQ GLOBAL ALT A | | NONE | J | T | | | | | |
| MERFX | MERGER FUND | A | Dividend | J | T | | | | | |
| MWTRX | METROPOLITAN WST TOT RET BD M | B | Dividend | K | T | SELL<br>SELL<br>SELL<br>SELL | 01/06/2011<br>8/1/2011<br>8/4/2011<br>8/10/2011 | J<br>K<br>J<br>J | A<br>A<br>A<br>A | |
| GAFAX | NATIXIS ASG GLOBAL ALTERNAT A | A | Dividend | J | T | | | | | |
| PUCPX | PIMCO UNCONSTRAINED BD P | A | Dividend | J | T | CLASS EXCHANGE | 11/08/2011 | J | | |
| PCRAX | PIMCO COMM REAL RET STRAT A | | NONE | NONE | T | SELL | 1/6/2011 | J | A | |
| PUBAX | PIMCO UNCONSTRAINED BD A | A | Dividend | NONE | T | CLASS EXCHANGE | 11/8/2011 | J | | |
| RYLBX | RYDEX SGI LG SHT COMM STRAT A | A | Dividend | J | T | | | | | |
| RYMTX | RYDEX/SGI MANAGED FUT STR A | | NONE | J | T | | | | | |
| FFRZX | TEMPLETON FRONTIER MKTS ADV | | NONE | J | T | CLASS EXCHANGE | 12/14/2011 | J | | |
| TGMNX | TCW TOTAL RET BD N | A | Dividend | NONE | T | SELL | 5/5/2011 | J | A | |
| TFMAX | TEMPLETON FRONTIER MKTS A | A | Dividend | NONE | T | BUY (add1)<br>CLASS EXCHANGE | 8/25/2011<br>12/14/2011 | J<br>J | | |
| TFCVX | THIRD AVE FOCUSED CREDIT INV | A | Dividend | J | T | | | | | |
| NARAX | VIRTUS MULTI SECT SHT TRM BD A | A | Dividend | NONE | T | SELL<br>CLASS EXCHANGE | 8/10/2011<br>10/25/2011 | J<br>J | A<br>. | |
| PIMSX | VIRTUS MULTI SECT SHT TRM BD I | A | Dividend | J | T | CLASS EXCHANGE | 10/25/2011 | J | | |
| VAPIX | VIRTUS PREM ALPHASECTOR (SM) I | A | Dividend | J | T | CLASS EXCHANGE | 10/25/2011 | J | | |
| VAPAX | VIRTUS PREM ALPHASECTOR (SM) A | A | Dividend | NONE | T | CLASS EXCHANGE | 10/25/2011 | J | | |